authorizing the plaintiff, a foreign corporation, to transact the business of life insurance in the state of New York.

*Edward R. O'Malley, Attorney-General (Edward H. Letchworth* of counsel), for appellant.

*Murray Downs* and *William Brosmith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

JULIA K. SIMPSON, Respondent, *v.* ISAAC SIMPSON et al., Appellants, Impleaded with Another.

*Simpson* v. *Trust Co. of America,* 129 App. Div. 200, affirmed.
(Argued January 10, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1909, which affirmed a judgment of Special Term adjudging the will of Simon M. Simpson, deceased, to be void.

*Henry Wollman* and *Achilles H. Kohn* for appellants.

*S. Livingston Samuels* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

MINNIE A. BREMER, Appellant, *v.* JOHN C. BREMER et al., Individually and as Executors and Trustees under the Will of JOHN H. BREMER, Deceased, et al., Respondents.

*Bremer* v. *Bremer,* 125 App. Div. 918, affirmed.
(Argued January 10, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April